FILED'10 FEB 03 15:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PALAZZO VINTAGE HOMES, LLC, et al., | ) | |
| | ) | |
| Plaintiff, | ) | CV 09-940-JE |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| HIJ CONSTRUCTION, et al., | ) | |
| | ) | |
| Defendant. | ) | |

The Court having been informed by counsel for the plaintiffs that this action has been settled as to Defendant 5302 SE Harold Street LLC, and that there are no remaining active defendants,

IT IS ORDERED that this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot.

Dated this __3rd__ day of February, 2010.

JOHN JELDERKS
United States Magistrate Judge